**No. 09-9174. In re Hubert Warren, Petitioner.**

559 U.S. 1092, 130 S. Ct. 2374, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3667.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 09-722. Harold Green, Petitioner v. Cleary Water, Sewer and Fire District.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3492.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2154.

**No. 09-768. Robert D. Straley, Petitioner v. Utah Board of Pardons, et al.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3653.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 991, 130 S. Ct. 1737, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2257.

**No. 09-7887. Tavares Antonio McDuffie, Petitioner v. Florida.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3600.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 944, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1194.

**No. 09-7891. Wanda Renae Scott, aka Wanda Renae Scott Thomas, Petitioner v. South Carolina.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3487.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 911, 130 S. Ct. 1297, 175 L. Ed. 2d 1087, 2010 U.S. LEXIS 992.

**No. 09-8139. Bruce Monroe Greer, Petitioner v. Cynthia Nelson, Warden.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3576.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 975, 130 S. Ct. 1693, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2076.

**No. 09-8303. Carlos L. Woodson, aka Carlo L. Woodson, Petitioner v. Katherine Rundle-Fernandez, State Attorney.**

559 U.S. 1102, 130 S. Ct. 2399, 176 L. Ed. 2d 787, 2010 U.S. LEXIS 3495.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2144.